[6ogmrc] [ORDER GRANTING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

Dated: July 16, 2019

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:19–bk–04030–CCJ
Chapter 7

Aaron C Hamlin

Kimberly E Hamlin

_____Debtor*_____/

ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL

This case came on for the debtor's Motion to Reconsider Dismissal (the "Motion")(Doc. No. 14 ). After reviewing the pleadings and considering the position of all parties in interest, it is

ORDERED:

1. The Motion (Doc. No. 14 ) is granted.

2. The case is reinstated.

3. The Order Dismissing Case (Doc. No. 11 ) is vacated.

The debtor is directed to attend a rescheduled meeting of creditors on August 27, 2019, at 8:30 a.m. at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 1203B, Orlando, Florida 32801.

Said creditors are hereby given through and including September 30, 2019 for filing a complaint objecting to the discharge of the debtor or for filing a complaint to except debt from discharge, pursuant to 11 U.S.C. 523(c).

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.